UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS ZAVALA,

Plaintiff,

v.

SACRAMENTO COUNTY JAIL,

Defendant.

No. 2:25-cv-03021-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE

(Doc. No. 7)

Plaintiff, a county jail inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action on October 20, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On May 19, 2026, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to comply with court orders after plaintiff failed to respond in any way to the magistrate judge's April 6, 2026 order directing plaintiff to file an amended complaint within thirty days of the service of that order. (Doc. No. 7) (citing Doc. No. 5).

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. Plaintiff did not file objections to

the findings and recommendations and the time in which to do so has passed.[1]

The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the pending findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The May 19, 2026 findings and recommendations (Doc. No. 7), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to comply with the court's orders. *See* Local Rule 110; Fed. R. Civ. P. 41(b); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that although plaintiff was served with both the April 6, 2026 order and the pending findings and recommendations at his address of record, they were both returned to the court by the U.S. Postal Service as "undeliverable, Not in custody." It thus appears that plaintiff has also failed to keep the court apprised of his current address as required by the Local Rules of this court.